IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

Civil Action No. __2:13-25225__

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Janeen Gross

2. Plaintiff's Spouse (if applicable)

   Daniel Gross

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   _____

4. State of Residence

   Pennsylvania

5. District Court and Division in which venue would be proper absent direct filing.

   USDC for the District of New Jersey

   USDC for the Eastern District of Pennsylvania

6. Defendants (Check Defendants against whom Complaint is made):

   ☑  A. Ethicon, Inc.

   ☑  B. Ethicon, LLC

Revised: 5/29/13

☑ C. Johnson & Johnson

☐ D. American Medical Systems, Inc. ("AMS")

☐ E. Boston Scientific Corporation

☐ F. C. R. Bard, Inc. ("Bard")

☐ G. Sofradim Production SAS ("Sofradim")

☐ H. Tissue Science Laboratories Limited ("TSL")

☐ I. Mentor Worldwide LLC

☐ J. Coloplast Corp.

7. Basis of Jurisdiction

☑ Diversity of Citizenship

☐ Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 3-8

B. Other allegations of jurisdiction and venue:

Venue is proper under the order on the judicial panel on multidistrict litigation

And the Pretrial Order #1 paragraph 2 dated February 29, 2012 by Honorable

Judge Joseph R. Goodwin

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- [x] Prolift
- [ ] Prolift +M
- [ ] Gynemesh/Gynemesh PS
- [ ] Prosima
- [x] TVT
- [ ] TVT-Obturator (TVT-O)
- [ ] TVT-SECUR (TVT-S)
- [ ] TVT-Exact
- [ ] TVT-Abbrevo
- [ ] Other

_____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- [x] Prolift
- [ ] Prolift +M
- [ ] Gynemesh/Gynemesh PS
- [ ] Prosima
- [x] TVT
- [ ] TVT-Obturator (TVT-O)
- [ ] TVT-SECUR (TVT-S)
- [ ] TVT-Exact
- [ ] TVT-Abbrevo

☐  Other

_____

_____

10. Date of Implantation as to Each Product:

    4/21/08

    _____

    _____

11. Hospital(s) where Plaintiff was implanted (including City and State):

    Abington Memorial Hospital

    Abington, PA

12. Implanting Surgeon(s):

    Miles Murphy

13. Counts in the Master Complaint brought by Plaintiff(s):

    ☑  Count I – Negligence

    ☑  Count II – Strict Liability – Manufacturing Defect

    ☑  Count III – Strict Liability – Failure to Warn

    ☑  Count IV – Strict Liability – Defective Product

    ☑  Count V – Strict Liability – Design Defect

    ☑  Count VI – Common Law Fraud

    ☑  Count VII – Fraudulent Concealment

    ☑  Count VIII – Constructive Fraud

☑ Count IX – Negligent Misrepresentation

☑ Count X – Negligent Infliction of Emotional Distress

☑ Count XI – Breach of Express Warranty

☑ Count XII – Breach of Implied Warranty

☑ Count XIII – Violation of Consumer Protection Laws

☑ Count XIV – Gross Negligence

☑ Count XV – Unjust Enrichment

☑ Count XVI – Loss of Consortium

☑ Count XVII – Punitive Damages

☑ Count XVIII – Discovery Rule and Tolling

☐ Other Count(s) (Please state factual and legal basis for other claims below):

_____

_____

_____

Address and bar information:

Scott D. Levensten, Esq.
THE LEVENSTEN LAW FIRM, P.C.
1420 Walnut Street, Suite 1500
Philadelphia, PA 19102
Phone: 215-545-5600
Fax: 215-545-5156
SDL@LevenstenLawFirm.com

/s/ Scott D. Levensten
Attorneys for Plaintiff
Scott D. Levensten, Esq.
THE LEVENSTEN LAW FIRM, P.C.